inspection, examination and survey to be made to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

EDNA BAILEY, Respondent, v. CLINTON H. SEITHER, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

COURTLAND H. YOUNG, Appellant, v. DOROTHY ROSABELLE YOUNG, Respondent. — Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SAMUEL S. PECK, Respondent, v. FANNIE F. PECK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

JOHN KOHLER, Respondent, v. THIRD AVENUE RAILWAY COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SARAH BIEBER, Respondent, v. 63 MADISON AVENUE LEASING CORPORATION and Another, Defendants, Impleaded with CHARLES COHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

PAULINA SCHAEFER, Respondent, v. RHEINHARD SCHAEFER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WESTERN FUEL COMPANY, Respondent, v. CHESAPEAKE AND OHIO COAL AND COKE COMPANY, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. The verified bill of particulars to be served within thirty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of JOSEPH E. GOLDSMITH, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure and file undertaking required by section 298 of the Surrogate's Court Act within ten days after service of order. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ELIZABETH McCOLGAN, Appellant, v. HARRY DODDS, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

ELIZABETH McCOLGAN, Appellant, v. HARRY DODDS, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

GOTTFRIED C. KRUEGER, Respondent, v. A. W. MORRIS & Co., INC., and Others, Defendants, Impleaded with A. W. MORRIS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

GOTTFRIED C. KRUEGER, Respondent, v. A. W. MORRIS & Co., INC., and Others, Defendants, Impleaded with A. W. MORRIS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

ROSE PARADISE, Appellant, v. HARRY H. PARADISE, Respondent.— Motion to dismiss appeal granted unless appellant procures record on appeal to be filed on or